UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

FILED

05 MAR 31 PM 2:21

*Robert R. Di Trolio, Clerk*
*242 Federal Building*
*167 N. Main Street*
*Memphis, Tennessee 38103*
*(901) 495-1200*

*Deputy-in-Charge*
*U. S. Courthouse, Room 262*
*111 South Highland Avenue*
*Jackson, Tennessee  38301*
*(731) 421-9200*

# NOTICE OF SETTING
### Before Judge Samuel H. Mays, Jr., United States District Judge

March 30, 2005

RE:   2:04cr20256-02-Ml
      *USA v. STEVEN BIRCH*

Dear Sir/Madam:

A **CHANGE OF PLEA HEARING** has been SET before **Judge Samuel H. Mays, Jr.** on **FRIDAY, APRIL 1, 2005** at **10:00 A.M. in Courtroom 2, 11th floor of the Federal Building, Memphis, Tennessee.**

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
ROBERT R. DI TROLIO, CLERK

BY: Jean Lee

Jean Lee, Case Manager
901-495-1239

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 125 in case 2:04-CR-20256 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

Walter L. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Johnny Pritchard
PRITCHARD LAW FIRM
243 Exchange Avenue
Memphis, TN 38105

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT