FILED BY ____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 JUL 25 PM 3:30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.                                            No. 2:04-cr-20256-02

STEVEN BIRCH

## ORDER GRANTING MOTION TO CONTINUE

This cause came on to be heard upon the Motion to Continue filed by Counsel for Defendant, Leslie I. Ballin. It appearing to the Court that the Motion is well taken and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, by this Court that the Sentencing Hearing currently scheduled for August 18, 2005 is hereby continued to the **25th** day of **August**, 2005 at **3:00** o'clock (a.m/**p.m.**) Time shall be excluded under the Speedy Trial Act.

Jon P. McCalla
JUDGE

July 25, 2005
DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __7-26-05__

(166)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 166 in case 2:04-CR-20256 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT