UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

2005 JUL 27 PM 4:20

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No. 04-20256-M1 |
| vs. ) | |
| ) | |
| STEVEN MARCEL BIRCH, ET. AL. ) | |

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD TESTIFICANDUM

CARROLL L. ANDRE, III, Assistant United States Attorney, applies to the Court for a Writ to have ARIC BADY, SR., R&I # 223557, Booking # 05109221, DOB 3-14-72, SSN# 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, now being detained in the Shelby County Jail, in Memphis, Tennessee, appear as a witness before the Honorable Jon Phipps McCalla on Thursday, August 25, 2005 at 3:00 p.m. at the sentencing hearing of co-defendant Steven Marcel Birch and for such other appearances as this Court may direct.

Respectfully submitted this 27th day of July, 2005.

_____
CARROLL L. ANDRE, III
ASSISTANT UNITED STATES ATTORNEY

Upon consideration of the foregoing Application, DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN SHERIFF/WARDEN, Shelby County Jail in Memphis, Tennessee.

YOU ARE HEREBY COMMANDED to have ARIC BADY, SR., appear before the Honorable Jon Phipps McCalla as a witness at the date and time aforementioned.

ENTERED this 27th day of July, 2005.

_____
HONORABLE DIANE VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-28-05

(167)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 167 in case 2:04-CR-20256 was distributed by fax, mail, or direct printing on July 28, 2005 to the parties listed.

---

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT