Sent by: BALLIN,BALLIN & FISHMAN, P.C. 901525 6993;

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                        No.2:04-cr-20256-02

STEVEN BIRCH

### ORDER GRANTING MOTION TO CONTINUE

This cause came on to be heard upon the Motion to Continue filed by Counsel for

Defendant, Leslie I. Ballin. It appearing to the Court that the Motion is well taken and should be

granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, by this Court that the

Sentencing Hearing currently scheduled for August 25, 2005 is hereby continued to the ___1st___

day of ___September___, 2005 at ___8:45___ o'clock (a.m./p.m.)  Time shall

be excluded under the Speedy Trial Act.

_____
                                                    JUDGE

Aug 24, 2005
_____
                                                    DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___8-24-05___

170

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 170 in case 2:04-CR-20256 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Walter L. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT